Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of bicycle horns similar in all material respects to those the subject of *G. Joannou Cycle Co., Inc.* v. *United States* (46 Cust. Ct. 172, C.D. 2253), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, AUGUST 22, 1962

No. 66992.—Seedman International Corp. v. United States, protests 59/18800, 59/31739, and 59/31732 (Galveston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

No. 66993.—Progressive Cycle Co. *v.* United States, protests 62/3587 and 62/6316 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise and issues herein are similar in all material respects to those the subject of *United States* v. *Schmidt Pritchard & Co. et al.* (47 C.C.P.A. 152, C.A.D. 750), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 28, 1962

No. 66994.—The May Dept. Stores Co., Inc. (Kaufmann Div.), et al. *v.* United States, protests 59/30358, etc. (New York).